## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| KAHALA FRANCHISE CORPORATION, a Delaware Corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    Civil No. 3:10-0070 |
| | )    Judge Trauger |
| ALBERT DRAKE, a resident of the State of Tennessee, | )    Magistrate Judge Knowles<br>)<br>) |
| Defendant. | ) |

## **O R D E R**

On July 20, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 30), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Plaintiff's Motion For Default Judgment (Docket No. 25) is **GRANTED**, and the plaintiff is awarded judgment against the defendant in the total amount of $42,706.80, as more fully detailed in the Report and Recommendation.

It is so **ORDERED.**

Enter this 1st day of September 2010.

_____
ALETA A. TRAUGER
U.S. District Judge